**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| CHRIS WALKER, BEN MARTIN, DAN AHERN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGE ATHLETIC ASSOCIATION,<br><br>Defendants. | No. 13-CV-00293 |
| ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | No. 11-cv-06356 (pending in the Northern District of Illinois) |

**PROPOSED INTERVENORS' MOTION TO INTERVENE AND
TO DISMISS, TRANSFER OR STAY ACTION**

Proposed Intervenors Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon ("Intervenors") are the four proposed class representatives in *Arrington v. NCAA*, a nationwide class action filed in the United States District Court for the Northern District of Illinois on September 12, 2011. The core allegations in *Arrington* are identical to those just brought in *Walker v. NCAA* – both challenge the NCAA's negligent policies and practices for handling student-athletes that suffered concussions while playing contact sports for NCAA schools and seek the establishment of a medical monitoring fund.

Because *Walker* is effectively the same case as *Arrington,* involving the same allegations seeking the same relief with different named plaintiffs, the "first-to-file" rule dictates that *Walker* should be dismissed, or be transferred to the court where *Arrington* is pending, or, in the alternative, stayed pending the outcome of the *Arrington* matter. In sum, and based on the reasons more fully described in the accompanying memorandum, *Walker* should not proceed until a judgment is entered in the *Arrington* matter.

WHEREFORE, Proposed Intervenors respectfully request that this Court grant their motion to intervene, and dismiss, transfer or stay the *Walker* action, and grant such other and further relief as this Court deems appropriate.

Date: September 9, 2013

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated

By: /s/ J. Gerard Stranch, IV

James G. Stranch III
J. Gerard Stranch IV
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, Tennessee 37201-1631
Toll free: 877.369.0267
615.254.8801
Fax: 615.250.3937

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950

- 3 -

        Joseph J. Siprut
        S<small>IPRUT</small> PC
        17 North State Street
        Suite 1600
        Chicago, IL  60602
        312.236.0000
        Fax: 312.878.1342

        *Attorneys for Proposed Intervenors*

## CERTIFICATE OF SERVICE

    I, J. Gerard Stranch, IV, herby certify that I am one of the attorneys for Proposed Intervenors and that, and on this day I caused a copy of the annexed hereto to be served on all counsel of record in this proceeding via CM/ECF.

Dated: September 9, 2013                  By:    /s/ J. Gerard Stranch, IV